UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DOUGLAS SCHROEDER,**
individually and on behalf
of all others similarly situated,

    **Plaintiff,**
v.                              Case No.:  8:22-cv-1315-MSS-AEP

**AIRGAS USA, LLC,**

    **Defendant.**
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, **DOUGLAS SCHROEDER**, individually and on behalf of all others similarly situated, hereby discloses the following pursuant to Rule 3.03:

1.    The name of each person, including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity that has or might have an interest in the outcome:

        **Douglas Schroeder – Plaintiff**
        **Brandon J. Hill – Attorney for Plaintiff**
        **Luis A. Cabassa – Attorney for Plaintiff**
        **Wenzel Fenton Cabassa, P.A. – Counsel for Plaintiff**
        **Airgas USA, LLC – Defendant**
        **Amy L. Bashore – Attorney for Defendant**
        **Airgas, Inc. – Counsel for Defendant**

2. The name of each entity with publicly traded shares or debt potentially affected by the outcome: **None.**

3. The name of every other entity that is likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee: **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution: **Douglas Schroeder.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 9th day of June, 2022.

Respectfully submitted,

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar Number: 0037061
**LUIS A. CABASSA, P.A.**
Florida Bar Number: 0053643
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Direct: 813-337-7992
Main: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of June, 2022, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing document will be served with the Complaint.

                                        */s/ Brandon J. Hill*
                                        **BRANDON J. HILL**